UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN GREENWALD,

                                                          CIVIL CASE NO. 04-40071
                              Plaintiff,

v.                                                        HONORABLE PAUL V. GADOLA
                                                          U.S. DISTRICT COURT
LIFE INSURANCE COMPANY OF NORTH
AMERICA,

                              Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This is a denial of benefits action under the Employment Retirement Income Security Act.

Before the Court is Defendant's Motion to Affirm Administrator's Decision, Plaintiff's Motion to

Reverse Defendant's Arbitrary and Capricious Denial of Long-Term Disability Benefits, and the

Report and Recommendation of United States Magistrate Judge Steven D. Pepe.  The Magistrate

Judge recommends that the Court grant Defendant's motion and deny Plaintiff's motion.

Having conducted a de novo review of the Report and Recommendation, the parties' motions

and responses, and the applicable portions of the record, **IT IS HEREBY ORDERED** that the

Report and Recommendation [docket entry 26] is **ACCEPTED** and **ADOPTED** as the opinion of

this Court, Plaintiff's motion [docket entry 19] is **DENIED**, Defendant's motion [docket entry 17]

is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**


Dated:  __March 31, 2006__                      s/Paul V. Gadola_____
                                                HONORABLE PAUL V. GADOLA
                                                UNITED STATES DISTRICT JUDGE

Certificate of Service

I hereby certify that on   April 3, 2006   , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

        Angela M. Brown; John D. Pirich                                    , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:        Michael A. Jaffe                     .

                                         s/Ruth A. Brissaud
                                         Ruth A. Brissaud, Case Manager
                                         (810) 341-7845